**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**FREDERICK SMITH**                                                      **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:17-CV-40-MPM-RP**

**DESOTO COUNTY SHERIFF'S DEPT.,**
**SHERIFF BILL RASCO, DEPUTY CHARLES**
**MOHON, 4 UNKONWN DEPUTIES, et al.**                **DEFENDANTS**

**JUDGMENT OF DISMISSAL**

For the reasons given in the court's order entered this date, it is hereby ordered and

adjudged that this case is dismissed.

This the 14th day of August, 2017.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**