# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FREDERICK SMITH**                                                                             **PLAINTIFF**

**v.**                                             **Civil Action No: 3:17-cv-00040–MPM-RP**

**DESOTO COUNTY SHERIFF'S DEPT.,**
**SHERIFF BILL RASCO, DEPUTY CHARLES**
**MOHON, 4 UNKNOWN DEPUTIES, et al.**                           **DEFENDANTS**

## JUDGMENT AWARDING FEES

AND NOW, this the 2nd day of November, 2017, the United State District Court for the Northern District of Mississippi, having granted DeSoto County's motion for sanctions, and for the reasons set forth in the Order dated November 2nd, 2017, it is hereby ORDERED that Judgment shall be entered IN FAVOR OF the Defendants and AGAINST Plaintiff Frederick Smith in the amount of $12,575.20 (twelve thousand, five-hundred, seventy-five dollars and twenty cents).

It is so ORDERED this the 2nd day of November, 2017.

                                                          **MICHAEL P. MILLS**
                                                          **UNITED STATES DISTRICT JUDGE**
                                                          **NOTHERN DISTRICT OF MISSISSIPPI**